UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRIAN GATES,

        Plaintiff,

-vs-                                        Case No. 6:08-cv-1535-Orl-18GJK

MIAMI POLICE DEPARTMENT; WEST
PALM BEACH POLICE DEPARTMENT;
ORLANDO POLICE DEPARTMENT; THE
STATE ATTORNEY'S OFFICE, WEST PALM
BEACH; THE STATE ATTORNEY'S OFFICE,
ORLANDO;

        Defendants.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on plaintiff's Application to Proceed Without Prepayment of Fees and Affidavit (Doc. No. 2). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The Motion is **DENIED** and the complaint is **DISMISSED** without prejudice. Clerk of the Court is directed to **CLOSE** the case.

It is **SO ORDERED** in Orlando, Florida, this _23_ day of October, 2008.

                                                G. KENDALL SHARP
                                                Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge